UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Chapter 13

In Re:     Case No.   3:09-bk-03262

**Khalid M. Sindhu**

Debtor(s) . _____ /

## DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, **Khalid M. Sindhu**, declares under penalty of perjury that:

1. I have signed the original (s) of the document (s) identified below under penalty of perjury ( "Verified Document (s) ").

2. The information contained in the Verified Document (s) is true and correct to the best of my knowledge and belief.

3. I understand that the Verified Document (s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

_____
Signature of Debtor
or other claimant

### Verified Document (s) :

| Full Descriptive Title | Date Executed |
|---|---|
| **Voluntary Petition** | 4/27/2009 |
| **Exhibit D to Petition** | 4/27/2009 |
| **Statement of Social Security No.** | 4/27/2009 |