UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

KHALID M SINDHU
    Debtor.

CASE NO.: 3:09-bk-03262-PMG

## CHAPTER 13 PLAN

The debtors submit the following Chapter 13 Plan:

1. The future earnings of the debtors will be submitted to the supervisor and control of the Trustee, and the debtors shall pay to the Trustee the sum of $ **3,588.88** per month for sixty (60) months.

2. From the payments so received, the Trustee shall make disbursements as follows:

### A. *Priority Claims.*

1. The fees and expenses of the Trustee shall be paid over the life of the plan at the rate of percent (**10 %**) of the amount of all payments under the plan.

2. Attorney Gerald Stewart has a priority claim for Attorney fees in the amount of **$ 1,750.00**. The Trustee shall pay this claim at **$ 175.00** per month for months 1-10.

### B. *Secured Claims*

1. **SUNTRUST BANK** holds a first mortgage on the debtor's principal residence and homestead that is claimed as exempt, located at the address of **2554 Huntington Way, Orange Park, Florida 32073.** The total arrearage on the mortgage payment is $ **10,250.00**

which includes late charges and fees. The Trustee shall pay this creditor $ **25.00** per month for months 1-10, and **$ 200.00** per month for months 11-60, towards the arrearage to bring the mortgage payments current over a sixty (60) month period. The Trustee shall make regular monthly payments of $ **3,030.00** over the life of the plan.

    2.    **SUNTRUST BANK FINANCE** has a non-possessory purchase money lien on the debtor's **1996 PORSCHE.** This vehicle will be surrendered.

    3.    During the pendency of this Plan, this class shall retain its security interest in the property of the debtors.

C.    *__Unsecured Claims.__*

Unsecured creditors claim will receive no payments as the debtor has no additional funds and none are expected. However, if funds become available, any claims filed after **August 31, 2009** shall receive no distribution under this plan unless specifically provided for above.

    1.    The debtors do not reject any executory contracts.

    2.    Title to all property of the estate shall revest in the debtor upon confirmation of this plan.

    3.    Any post petition cost or expenses incurred by or on behalf of any secured creditor will be discharged upon the Debtor's completion of the plan, unless specifically provided for in the order of confirmation, or by further order of Court on motion filed prior to completion of the plan.

    4.    No creditor shall be entitled to any late fees, attorney's fees or interest other than the interest contained in the payments provided for by this plan during this bankruptcy, including the life of this Plan. Upon successful completion of this Plan, the Debtor's mortgage

balance shall be deemed current as a matter of law.

Dated this 11th day of May 2009.

/s/ Gerald B. Stewart
**GERALD B. STEWART, ESQUIRE**
Florida Bar No.: 285412
220 East Forsyth Street
Jacksonville, Florida   32202
904/353-8876
904/356-2776 (Fax)